# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

YORDAN HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0166

_____

April 17, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Blair Allen, Public Defender, and Richard J. D'Amico, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.